IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, John Prince III<br><br>   Plaintiffs,<br><br>  v.<br><br>Alcohol and Tobacco Tax and Trade Bureau, a bureau of the U.S. Department of the Treasury; U.S. Department of Justice<br><br>   Defendants. | Case No. 4:23-cv-1221 |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"): Plaintiff Hobby Distillers Association is a trade name of Brewhaus (America) Inc., a Texas corporation. It has no parent corporation nor does any publicly held corporation own 10% or more of its stock. All other Plaintiffs are real people.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or

other legal entities that are financially interested in the outcome of the case: Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, and John Prince III, the Competitive Enterprise Institute, Daniel Greenberg, Esq., Devin Watkins, Esq., and David McFadden, Esq.

Dated: December 8, 2023

Respectfully submitted,

/s/ *Casey Griffith*

**GRIFFITH BARBEE PLLC**
Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Dallas Flick
Texas Bar No. 24104675
Dallas.Flick@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 710
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

-and-

Devin Watkins (*pro hac vice* application forthcoming)
Dan Greenberg (*pro hac vice* application forthcoming)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L St. NW, 7th
Washington, D.C. 20005
(202) 331-1010
Dan.Greenberg@cei.org
Devin.Watkins@cei.org

*Counsel for the Plaintiffs*