UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Hobby Distiller's Asociation et al<br>*Plaintiff* | §§§§§§§§§ | Case No. 4:23-cv-1221 |
| v. | | |
| Alcohol and Tobacco Tax and Trade Bureau et a<br>*Defendant* | | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Competitive Enterprise Institute_____, with offices at

1310 L Street NW, 7th Floor_____
(Street Address)

Washington_____  DC_____  20005_____
(City)                         (State)     (Zip Code)

202-331-1010_____  _____
(Telephone No.)                (Fax No.)

**II.** Applicant will sign all filings with the name Devin Watkins_____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, John Prince III

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Casey Griffith <casey.griffith@griffithbarbee.com>_____, who has offices at

1722 Routh St. Suite 710
(Street Address)

| Dallas | TX | 75201 |
|---|---|---|
| (City) | (State) | (Zip Code) |

(214) 446-6020
(Telephone No.)                          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record who has thus far appeared in this case. Counsel for Defendants will be provided with copies of the application when they make their initial appearrance and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  11   day December             2023    .

Charles Devin Watkins
Printed Name of Applicant

/s/ signed
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.