IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

RICK MORRIS, ET AL.                §
                                   §
VS.                                §      ACTION NO. 4:23-CV-1221-Y
                                   §
U.S. DEPARTMENT OF JUSTICE,        §
ET AL.                             §

<u>ORDER FOR REASSIGNMENT</u>

The undersigned judge, having taken senior status, desires to have this case re-assigned to an active-status judge.  The clerk of the Court is therefore DIRECTED to re-assign this case by random draw to another judge.

SIGNED December 12, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE