UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HOBBY DISTILLERS ASSOCIATION, RICK MORRIS, THOMAS O. COWDREY III, SCOTT MCNUTT, *and* JOHN PRINCE III,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, *a bureau of the* U.S. DEPARTMENT OF THE TREASURY, *and* U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | Civil Action No. 4:23-cv-01221-O |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Withdraw as Counsel (ECF No. 9), filed January 26, 2024. Plaintiffs move to withdraw Mr. Dallas Flick as counsel of record for Plaintiffs due to his departure from the law firm Griffith Barbee PLLC. Plaintiffs will remain represented by Mr. Casey Griffith as lead counsel of the same law firm, well as Mr. Devin Watkins of Competitive Enterprise Institute. Upon review, the Court determines that the instant Motion should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Dallas Zachary Flick be withdrawn as counsel of record for Plaintiffs in the above-captioned case. The Clerk of Court is **DIRECTED** to remove Dallas Zachary Flick from the electronic service list in the above-captioned case.

**SO ORDERED** on this **31st day** of **January, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE