United States District Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, John Prince III<br><br>*Plaintiffs*<br><br>v.<br><br>Alcohol and Tobacco Tax and Trade Bureau, a bureau of the U.S. Department of the Treasury; U.S. Department of Justice,<br><br>*Defendants* | Case No. 4:23-cv-01221-O |

### Notice of Appearance

Notice is given that Nicholas Kliewer of Griffith Barbee PLLC is appearing as counsel for Plaintiffs Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, and John Prince III. His contact information is below:

Nicholas Kliewer
Texas Bar No. 24083315
Nick.Kliewer@griffithbarbee.com

Griffith Barbee PLLC
One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

| | |
|---|---|
| February 13, 2024 | Respectfully submitted, |

**GRIFFITH BARBEE PLLC**

/s/ *Nicholas Kliewer*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Nicholas Kliewer
Texas Bar No. 24083315
Nick.Kliewer@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

and

**Competitive Enterprise Institute**

Devin Watkins
*Admitted Pro Hac Vice*
Devin.Watkins@cei.org

1310 L Street NW, 7th Floor
Washington, DC. 20005
(202) 331-1010

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on February 13, 2024, I caused service of the Notice of Appearance on Defendants Alcohol and Tobacco Tax and Trade Bureau and the U.S. Department of Justice by U.S.P.S. First Class Mail as follows:

U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

Alcohol & Tobacco and Trade Bureau
Office of Administrator
1310 G Street NW, Box 12
Washington, DC 20005

/s/ *Nicholas Kliewer*

Nicholas Kliewer