IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HOBBY DISTILLERS ASSOCIATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:23-cv-01221-O |
| ALCOHOL AND TOBACCO TAX AND | ) |
| TRADE BUREAU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Tulis of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: February 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*