**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

| | |
|---|---|
| Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, John Prince III<br><br>   *Plaintiffs,*<br>v.<br><br>Alcohol and Tobacco Tax and Trade Bureau, a bureau of the U.S. Department of the Treasury; U.S. Department of Justice,<br><br>   *Defendants* | Case No. 4:23-cv-01221-O |

**Notice of Withdrawal of Plaintiffs' Request for Entry of Default**

On February 13, 2023, Plaintiffs Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, John Prince III filed a request that the Clerk enter a default in this case. (Dkt. No. 12). Plaintiffs now file this Notice to inform the Court that they are working with the U.S. Department of Justice regarding acceptance of service and are correspondingly withdrawing their previously filed Request to enter the default.

Dated: February 14, 2024

Respectfully submitted,

**Griffith Barbee PLLC**

*/s/ Nicholas Kliewer*
Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Nicholas Kliewer
Texas Bar No. 24083315
Nick.Kliewer@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020. | main
(214) 446-6021. | fax

and

**Competitive Enterprise Institute**

Devin Watkins
Admitted Pro Hac Vice
Devin.Watkins@cei.org

1310 L Street NW, 7th Floor
Washington, DC. 20005
(202) 331-1010

**Counsel for Plaintiffs**

<u>**Certificate of Service**</u>

The undersigned certifies this document was filed electronically in compliance with the Local Rules, and was served on all counsel of record on February 14, 2024.

*/s/ Nicholas Kliewer*
Nicholas Kliewer