# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Morris et al <br> *Plaintiff* | ) <br> ) |
| v. | ) Civil Action No. 4:23-cv-01221-Y <br> ) |
| U.S. Department of Justice et al <br> *Defendant* | ) <br> ) <br> ) |

## Summons in a Civil Action

**TO:** Alcohol and Tobacco Tax and Trade Bureau, a bureau of the U.S. Department of the Treasury

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  Casey Griffith
  1722 Routh Street, Suite 710
  Dallas , TX 75201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 12/08/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Morris et al <br> *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 4:23-cv-01221-Y |
| U.S. Department of Justice et al <br> *Defendant* | ) <br> ) <br> ) <br> ) | |

**Summons in a Civil Action**

**TO:** U.S. Department of Justice

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Casey Griffith
1722 Routh Street, Suite 710
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 12/08/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:23-cv-01221-Y

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) ___Alcohol and Tobacco Tax and Trade Bureau, a bureau of the U.S. Department of the Treasury and U.S. Department of Justice___ was received by me on (*date*) ___February 14, 2024___.

☐ I personally served the summons on the individual at (*place*) _____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____ ; or

X other (*specify*) Served electronically via e-mail on February 14, 2024, by agreement of the Defendants' counsel of record, Elizabeth Tulis.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: February 15, 2024

*/s/ Nicholas Kliewer*
Server's signature

Nicholas Kliewer, Attorney for Plaintiffs
Printed name and title

Griffith Barbee, PLLC, 1722 Routh St., Ste 910, Dallas, TX 75201
Server's address

Additional information regarding attempted service, etc: