**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| HOBBY DISTILLERS ASSOCIATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   Case No. 4:23-cv-01221-O |
| ALCOHOL AND TOBACCO TAX AND | ) |
| TRADE BUREAU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Hannah Solomon-Strauss of the United States Department of

Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: February 23, 2024            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
Trial Attorney (NY Bar No. 5693890)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-8198
Fax: (202) 616-8470
E-mail: Hannah.m.solomon-strauss@usdoj.gov

*Counsel for the Defendants*