**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| HOBBY DISTILLERS ASSOCIATION, RICK MORRIS, THOMAS O. COWDREY III, SCOTT MCNUTT, JOHN PRINCE III | |
| *Plaintiffs,* | Case No. 4:23-cv-01221-O |
| v. | |
| ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, a Bureau of the U.S. Department of the Treasury; U.S. DEPARTMENT OF JUSTICE, | |
| *Defendants* | |

## <u>ORDER FOR PRELIMINARY INJUNCTION</u>

Having considered the motion for preliminary injunction of the Plaintiffs and its supporting memorandum and exhibits, and the opposition to the motion and its exhibits, it is ORDERED that:

☐   The motion is GRANTED. Defendants are hereby preliminarily ENJOINED from enforcing 26 U.S.C. § 5601(6) and 26 U.S.C. § 5178(a)(1)(B), or their implementing regulations, against the Plaintiffs and their members. This preliminary injunction shall take effect immediately and shall remain in effect pending further order of the Court. Plaintiffs are not required to pay a security deposit.

☐   The motion for preliminary injunction is DENIED.

_____      _____

DATE                                      DISTRICT JUDGE REED C. O'CONNOR