**United States District Court**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

Reed O'Connor  
U.S. District Judge

Chambers: (817) 850-6788  
Facsimile: (817) 850-6787

March 13, 2024

Karen Mitchell, Clerk  
United States District Court  
Northern District of Texas  
1100 Commerce Street  
Dallas, Texas 75242

    Re:    *Order for Reassignment of Cases*

Dear Ms. Mitchell:

    In the interest of judicial economy, the Court **ORDERS** that the following fifteen cases are to be **REASSIGNED** the Honorable Mark T. Pittman:

- 4:23-cv-431   Rios v. Texas Christian University
- 4:22-cv-717   Brown et al. v. Marriott International, Inc., et al.
- 4:23-cv-491   Fisherkeeler v. BASF Corp.
- 4:23-cv-1207  Jenkins v. Tahmahkera, et al.
- 4:23-cv-1221  Hobby Distillers Ass'n, et al. v. Alcohol, Tobacco, Tax & Trade Bureau
- 4:24-cv-117   C.A.D.E. Contracting, LLC v. SDT Solutions, LLC
- 4:22-cv-1137  ACE American Insurance Co., et al. v. Murco Wall Products, Inc., et. al.
- 4:23-cv-1079  Crum & Forster Specialty Insurance Co. v. Smallwood, et al.
- 4:23-cv-158   Thurston v. Sound Physicians Anesthesiology of Texas, PLLC
- 4:22-cv-989   McKeeby v. Curfman Construction, LLC
- 4:24-cv-22    Boatner v. ASI Lloyds
- 4:23-cv-710   Crain et al. v. Bankers Standard Insurance Co., et al.
- 4:23-cv-746   Retalon, Inc. v. GameStop, Inc.
- 4:23-cv-1202  Disch v. Grubbs Automotive GRA, LLC, et al.
- 4:23-cv-1050  Atchley v. Tarleton State University

    Please see that the above cases are reassigned to Judge Pittman per the usual procedure, along with updating the docket sheet accordingly to reflect the reassignment of these cases.

Very truly yours,

*/s/ Reed O'Connor*  
**UNITED STATES DISTRICT JUDGE**