UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOBBY DISTILLERS ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                           **No. 4:23-cv-01221-P**

**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for a Preliminary Injunction. ECF No. 17. Having reviewed the Motion and relevant docket entries, the Court concludes that expedited briefing is necessary.

The Court hereby **ORDERS** Defendants to file a Response brief to Plaintiff's Motion **on or before Thursday, March 21, 2024.**

The Court further **ORDERS** that a hearing on Plaintiffs' Motion will be held at **9:00 a.m. on Thursday, March 28, 2024,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **14th day of March 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE