UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOBBY DISTILLERS ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                  No. 4:23-cv-01221-P

**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, ET AL.,**

   Defendants.

## ORDER

   Before the Court is Defendants' Unopposed Motion to Modify Schedule and Enlarge Page Limits. ECF No. 23. Having reviewed the Motion, the Court concludes that it should be and is hereby **DENIED**. The Court further concludes that 25 pages will be sufficient for Defendants to respond to Plaintiffs' 25-page Motion for a Preliminary Injunction.

   **SO ORDERED** on this **15th day of March 2024.**

                                            MARK T. PITTMAN
                                            UNITED STATES DISTRICT JUDGE