UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RICK MORRIS, ET AL.,**

  Plaintiffs,

v.   No. 4:23-cv-1221-P

**U.S. DEPARTMENT OF JUSTICE, ET AL.,**

  Defendants.

## ORDER

Upon review of the Court's docket and in the interest of judicial economy and to service the needs of court personnel, the Court hereby **ORDERS** that the hearing on Plaintiffs' motion for a preliminary injunction be **RESET** for **1:30 p.m. on Thursday, March 28, 2024,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, 701 W. 10th Street, Fort Worth, Texas.

Counsel for all Parties are **ORDERED** to attend and be prepared to address all relevant matters before the Court.

**SO ORDERED** on this **19th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE