UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RICK MORRIS, ET AL.,**

   Plaintiffs,

v.                                          **No. 4:23-cv-01221-P**

**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for a Preliminary Injunction (ECF No. 17).

Under Federal Rule of Civil Procedure 65, "[b]efore or after beginning the hearing on a motion for preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." FED. R. CIV. P. 65.

Having reviewed the Parties' briefs, their joint status report, the record in this case, and applicable law, the Court concludes that no issues of fact have been presented for trial, nor would any be developed during ordinary discovery. The Court will therefore advance this case to a determination on the merits.

Accordingly, the Court **ORDERS** the Parties to file written objections, if any, to its advancement of this case to the merits **on or before April 4, 2024.**

**SO ORDERED** on this **28th day of March 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE