IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **HOBBY DISTILLERS ASSOCIATION,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU,** *et al.*, <br><br> **Defendants.** | **Case No. 4:23-cv-01221-P** |

## UNOPPOSED MOTION TO FILE SUR-REPLY

Defendants respectfully submit this unopposed motion to file a 10-page sur-reply in response to Plaintiffs' motion for preliminary injunction. The anticipated sur-reply will address statements made and authorities cited in Plaintiffs' reply brief, as well as the new evidentiary materials submitted by Plaintiffs in their appendix to that brief. Defendants respectfully request leave to file their sur-reply on or before <u>April 8, 2024</u>.

## CERTIFICATE OF CONFERENCE

Defendants have conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion.

Dated: April 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

*/s/*_____
ELIZABETH TULIS
HANNAH M. SOLOMON-STRAUSS
ANNA DEFFEBACH
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel:
Fax: (202) 616-8470
E-mail:

*Counsel for the Defendants*