UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Hobby Distillers Association, Rick Morris, Thomas O. Cowdrey III, Scott McNutt, John Prince III<br><br>  Plaintiffs,<br><br> v.<br><br>Alcohol and Tobacco Tax and Trade Bureau, a bureau of the U.S. Department of the Treasury; Department of Justice<br><br>  Defendants. | Case No. 4:23-cv-1221-P |

**Notice That Plaintiffs Will Not Request a Sur-Sur-Reply**

 Plaintiffs will not request the Court's permission to file a sur-sur-reply, nor will Plaintiffs file a sur-sur-reply.

Dated: April 9, 2024           Respectfully submitted.

                   */s/ Devin Watkins*
                   Devin Watkins (D.C. Bar # 155179)
                   Dan Greenberg (D.C. Bar # 9008067)
                   COMPETITIVE ENTERPRISE INSTITUTE
                   1310 L St. NW, 7th Floor
                   Washington, D.C. 20005
                   (202) 331-1010
                   Devin.Watkins@cei.org
                   Dan.Greenberg@cei.org

**GRIFFITH BARBEE PLLC**
Casey Griffith (Texas Bar No. 24036687)
Casey.Griffith@griffithbarbee.com
Nicholas Kliewer (Texas Bar No. 24083315)
Nick.Kliewer@griffithbarbee.com
One Arts Plaza
1722 Routh St., Ste. 710
Dallas, Texas 75201
(214) 446-6020| main
(214) 446-6021| fax

*Counsel for Plaintiffs*