IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HOBBY DISTILLERS ASSOCIATION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALCOHOL AND TOBACCO TAX AND )<br>TRADE BUREAU, *et al.*, )<br>)<br>Defendants. ) | Case No. 4:23-cv-01221-P |

## JOINT NOTICE OF CONSENT TO WAIVE ANSWER REQUIREMENT

The parties hereby give notice that, in light of the Court's action to advance the case to the merits, ECF No. 33, Plaintiffs consent to waive the requirement that Defendants file an answer to the complaint.

Dated: April 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ *Elizabeth Tulis*
ELIZABETH TULIS
HANNAH SOLOMON-STRAUSS
ANNA DEFFEBACH
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-9237
elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*

*/s/ Devin Watkins*
Devin Watkins (D.C. Bar # 155179)
Dan Greenberg (D.C. Bar # 9008067)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L St. NW, 7th Floor
Washington, D.C. 20005
(202) 331-1010
Devin.Watkins@cei.org
Dan.Greenberg@cei.org

*Counsel for Plaintiffs*