IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **HOBBY DISTILLERS ASSOCIATION**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 4:23-cv-01221-P |
| **ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**, *et al.*, | |
| Defendants. | |

## NOTICE OF ERRATA

Defendants Alcohol and Tobacco Tax and Trade Bureau and United States Department of Justice (together, "Defendants") respectfully submit this notice of errata to correct an error in the Brief in Support of Defendants' Response to Plaintiffs' Motion for Preliminary Injunction (ECF No. 30).

Specifically, the brief incorrectly described the federal distilled spirits tax revenue for fiscal year ("FY") 2023 as totaling "over $7 billion." *See* ECF No. 30 at 14, 17. In fact, the distilled spirits tax revenue for FY 2023 totaled approximately $6.76 billion. TTB, *Statistical Release, Tax Collections Fiscal Year 2023* (Dec. 5, 2023), https://www.ttb.gov/media/78776/download?inline (last accessed Apr. 26, 2024).[1]  Defendants apologize for this error.

---

[1] The tax revenue on wine and beer for FY 2023 totaled approximately $1.06 billion and $3.27 billion respectively. *See* TTB, *Statistical Release, Tax Collections Fiscal Year 2023* (Dec. 5, 2023), https://www.ttb.gov/media/78776/download?inline (last accessed Apr. 26, 2024). The distilled spirits tax revenue for FY 2022 totaled just over $7 billion. *See id.* The tax revenue on wine and beer for FY 2022 totaled approximately $1.08 billion and $3.45 billion respectively. *See id.*

1

Dated: April 26, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director, Federal Programs Branch

/s/ *Elizabeth Tulis*
ELIZABETH TULIS
HANNAH SOLOMON-STRAUSS
ANNA DEFFEBACH
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*