UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOBBY DISTILLERS ASSOCIATION, ET AL.,**

   Plaintiffs,

v.                                               No. 4:23-cv-1221-P

**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for a Preliminary and Permanent Injunction (ECF No. 17).

Upon a thorough review of the Parties' briefs, the record in this case, and applicable law, the Court concludes that supplemental briefs are necessary to assist the Court in rendering a decision on Plaintiffs' request for an injunction.

Accordingly, the Parties are **ORDERED** to file cross-supplemental briefs limited only to the issue(s) of the applicability and scope of the Necessary and Proper clause to the question whether 26 U.S.C. §§ 5601(b) & 5178(a)(1)(B) appropriately effectuate protection of the federal tax revenue on distilled spirits.

Each brief must be filed **on or before May 17, 2024,** and must not exceed eight to ten pages in length.

**SO ORDERED** on this **10th day of May 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE