UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOBBY DISTILLERS ASSOCIATION,
ET AL.,**

   Plaintiffs,

v.   No. 4:23-cv-01221-P

**ALCOHOL AND TOBACCO TAX AND TRADE
BUREAU, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order granting Plaintiffs' motion for a permanent injunction and declaratory relief, this case is **DISMISSED with prejudice.**

Because the Court concludes that the government's legal position was not substantially unjustified, as required for an award of attorney's fees under the Equal Access to Justice Act, *see* 28 U.S.C. § 2414(d)(1)(A), each party shall bear its own costs and attorney's fees.

The Clerk shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **11th day of July 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE